969 A.2d 1177

**In the Interest of O.J.**

**Petition of O.J.**

**No. 159 EM 2008.**

Supreme Court of Pennsylvania.

April 2, 2009.

**ORDER**

PER CURIAM.

**AND NOW,** this 2nd day of April, 2009, the "Petition to File Out of Time Petition for Allowance of Appeal *Nunc Pro Tunc* " is **GRANTED.**